# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRIUMPH DESIGNS, LTD., <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-7471 <br><br> Hon. Lindsay C. Jenkins |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Triumph Designs, Ltd. ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| **Defendant No.** | **Store Name** |
|---|---|
| 45 | boruibaihuoshanghang |
| 95 | Wolide Motor |
| 97 | yunxiate |
| 110 | us.vidhi |
| 111 | vintagebikecounty |
| 121 | HQ cool |
| 122 | huazhengsun |
| 123 | HY sets two |
| 124 | Jackson Mens clothing |
| 125 | Jing Yi mens clothing |
| 126 | KUKY |
| 127 | KUQIQI |

Dated: October 9, 2024

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
*One of the Attorneys for Plaintiff*

Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800 Chicago, IL 60606
shastings@agdglaw.com